IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL GARNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:04-CV-325-WKW |
| | ) | (WO) |
| WIREGRASS MENTAL HEALTH, INC., | ) | |
| d/b/a SPECTRACARE, d/b/a THE | ) | |
| HAVEN, | ) | |
| | ) | |
| Defendant. | ) | |

## **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the Court, it is the ORDER, JUDGMENT, and DECREE of the Court that:

(1) Judgment be and is hereby entered in favor of the defendant, Wiregrass Mental Health, Inc., and against the plaintiff, Michael Garner.

(2) Costs are taxed against plaintiff, Michael Garner, for which execution may issue.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 31st day of March, 2006.

                                                  /s/  W. Keith Watkins
                                              UNITED STATES DISTRICT JUDGE